IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENYA YVONNIA COLLINS,<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 18–CV–00643–JPG–MAB |

## **JUDGMENT**

This matter having come before the Court and Plaintiff Kenya Yvonnia Collins having failed to prosecute,

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims against Defendant Commissioner of Social Security are **DISMISSED WITH PREJUDICE**.

| | |
|---|---|
| **Dated: Wednesday, March 18, 2020** | **MARGARET M. ROBERTIE**<br>**CLERK OF COURT**<br><br>**s/Tina Gray, Deputy Clerk** |

**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**