IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENYA YVONNIA COLLINS,
Plaintiff,

v.

Case No. 18–CV–00643–JPG

COMMISSIONER OF SOCIAL SECURITY,
Defendant.

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Commissioner of Social Security's benefits decision is **AFFIRMED**.

Dated: Friday, November 6, 2020

MARGARET M. ROBERTIE
CLERK OF COURT

**s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
          **J. PHIL GILBERT**
          **UNITED STATES DISTRICT JUDGE**